In re Brian Investments Ltd.; Becnel, Milton; Dyer, Robert; Bradby, Naomi So-rapuru; Bradby, W.T. Jr.; Becnel, Salvatore; Moore, Karen Becnel; Keller, Gerald; Gomez, Evangeline; McCann, James Leo; Keller, Joan; Toups, Mary; Arnold, John G. Jr.; Martinwz, Numa J.; Weston, Jose-pha Martinez; Martinez, Mildred Virginia B.; Martinez, Maurice M.; Patton, Frances M. Dr.; Meier, Ralph J. Dr.; Hartzman, Edwin; deLaureal, W. David; Roux, Kermit L. Jr.; Anthony, James G.; Ogeechee River Investments Inc.; — Defendants); applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, No. 88CA 0613; Parish of Livingston, 21st Judicial District Court, Div. “A”, No. 48452.
Prior report: La.App., 544 So.2d 67.
Denied.
DIXON, C.J., and CALOGERO and LEMMON, JJ., would grant the writ.